1028

WANDA IORIO, *Appellant*, v. DYNASTY LAND COMPANY, INC., ET AL., *Defendants*, THOMAS L. CHRISTENSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-01094-3, Michael E. Cooper, J., entered November 29, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY CHARLES VANDERVERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02360-1, Salvatore F. Cozza, J., entered February 23, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

THE STATE OF WASHINGTON, *Respondent*, v. LEON EUGENE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01469-5, Robert D. Austin, J., entered February 23, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

DANNY BOYER, *Appellant*, v. DARCY ROBERTSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 99-2-00018-6, Larry M. Kristianson, J., entered February 21, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.